| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF TEXAS |
| Case number *(if known)* _____   Chapter   **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **AMO TX1, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-4346056** |
| 4. | **Debtor's address** | **Principal place of business**  **8620 Beach Street**  **Keller, TX 76244**  Number, Street, City, State & ZIP Code  **Tarrant**  County | **Mailing address, if different from principal place of business**  **1215 Executive Drive E**  **Richardson, TX 75081**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **AMO TX1, LLC**  
Name

Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor **AMO TX1, LLC**        Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **AMO TX1, LLC**  
Name                                                                                             Case number (*if known*)

☐ $50,001 - $100,000           ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion  
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion  
■ $500,001 - $1 million        ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor  **AMO TX1, LLC**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 5, 2023**
MM / DD / YYYY

X **/s/ Brian Amira**                                              **Brian Amira**
Signature of authorized representative of debtor        Printed name

Title  **Managing Member of Managing Member**

**18. Signature of attorney**

X **/s/ Eric A. Liepins**                                           Date **May 5, 2023**
Signature of attorney for debtor                                     MM / DD / YYYY

**Eric A. Liepins**
Printed name

**Eric A. Liepins**
Firm name

**12770 Coit Road**
**Suite 850**
**Dallas, TX 75251**
Number, Street, City, State & ZIP Code

Contact phone  **972-991-5591**       Email address  **eric@ealpc.com**

**12338110 TX**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **AMO TX1, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **American Dairy Queen** P.O. Box 1450, NW 5813 Minneapolis, MN 55485 | | | | | | $3,991.15 |
| **American National Bank** 200 Frances Cushing, TX 75760 | | | | $554,008.00 | $0.00 | $554,008.00 |
| **American National Bank** 200 Frances Cushing, TX 75760 | | | | $132,212.00 | $0.00 | $132,212.00 |
| **Atmos Energy** Attn: Bankruptcy Dept. PO Box 650205 Dallas, TX 75265-0654 | | | | | | $212.70 |
| **C&C Propsco IV LLC** 5103 Parkland Ave Dallas, TX 75235 | | | | | | $16,000.00 |
| **City of Fort Worth Water Department** PO Box 961003 Fort Worth, TX 76161 | | | | | | $386.76 |
| **Coca-Cola North America** Coca-Cola North America PO BOX 102703 Atlanta, GA | | | | | | $229.00 |
| **Comptroller** 117 E. 17th Street Austin, TX 78701 | | | | | | $8,381.75 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **AMO TX1, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Consolidated Services of North America L<br>Consolidated Services of North America L<br>5833 Westview Dr Suite A<br>Houston, TX | | | | | | $687.39 |
| Darling Ingredients Inc.<br>PO Box 554885<br>Irving, TX 75038 | | | | | | $300.00 |
| Farmers Insurance<br>PO Box 2847<br>Grand Rapids, MI 49501 | | | | | | $1,931.83 |
| Flowers Baking Co. of Denton<br>PO BOX 847196<br>Dallas, TX | | | | | | $334.95 |
| Fortress Security<br>PO Box 200337<br>Arlington, TX 76006 | | | | | | $221.62 |
| Grant Air Conditioning<br>254 Roberts Cut Off Road<br>Ft Worth, TX | | | | | | $664.50 |
| JM Irrigation and Landscaping<br>JM Irrigation and Landscaping<br>3202 Heather Glen df<br>Mesquite, TX | | | | | | $300.00 |
| LABATT FOOD SERVICE<br>LABATT FOOD SERVICE<br>4500 Industry Park Drive PO Box 137<br>San Anonio, TX | | | | | | $6,004.52 |
| PARTECH INC<br>Dept #6509  Accsys LLC PO Box 11407<br>Birmingham, AL | | | | | | $401.60 |
| Texas Dairy Queen Operators' Council<br>PO BOX 650823<br>Dallas, TX | | | | | | $3,492.26 |

Debtor **AMO TX1, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Waste Management 520 E. Corporate Drive #100 Lewisville, TX 75057** | | | | | | **$532.38** |
| **Wycliff Douglas Provisions 4808 Eastover Circle Mesquite, TX 75149** | | | | | | **$202.72** |

Accumera-netsurion
3307 Northland Drive
Austin, TX 78731

American Dairy Queen
P.O. Box 1450, NW 5813
Minneapolis, MN 55485

American National Bank
200 Frances
Cushing, TX 75760

Atmos Energy
PO Box 740353
Cincinnati, OH 45274

C&C Propsco IV LLC
5103 Parkland Ave
Dallas, TX 75235

City of Fort Worth Water Department
PO Box 961003
Fort Worth, TX 76161

Coca-Cola North America
Coca-Cola North America
PO BOX 102703
Atlanta, GA

Comptroller
117 E. 17th Street
Austin, TX 78701

Consolidated Services of North America L
Consolidated Services of North America L
5833 Westview Dr Suite A
Houston, TX

Darling Ingredients Inc.
PO Box 554885
Irving, TX 75038

DQ Red Ribbon
4777 Shady Oak Road
Minnetonka, MN

Farmers Insurance
PO Box 2847
Grand Rapids, MI 49501

FAVOR
PO BOX 844003
Saint Paul, MN 55164

Flowers Baking Co. of Denton
PO BOX 847196
Dallas, TX

Fortress Security
PO Box 200337
Arlington, TX 76006

Grant Air Conditioning
254 Roberts Cut Off Road
Ft Worth, TX

HM Electronics Inc.
2848 Whiptail Loop
Carlsbad, CA 92010

JM Irrigation and Landscaping
JM Irrigation and Landscaping
3202 Heather Glen df
Mesquite, TX

LABATT FOOD SERVICE
LABATT FOOD SERVICE
4500 Industry Park Drive PO Box 137
San Anonio, TX

Nuco2
PO Box 9011
Stuart, FL 34995

PARTECH INC
Dept #6509  Accsys LLC PO Box 11407
Birmingham, AL

Texas Dairy Queen Operators' Council
PO BOX 650823
Dallas, TX

Waste Management
520 E. Corporate Drive #100
Lewisville, TX 75057

Wycliff Douglas Provisions
4808 Eastover Circle
Mesquite, TX 75149

# United States Bankruptcy Court
## Eastern District of Texas

In re **AMO TX1, LLC**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **AMO TX1, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**AMO Holdings, LLC**
**8724 Spanish Ridge Ave**
**Suite C**
**Las Vegas, NV 89148**

☐ None [*Check if applicable*]

**May 5, 2023**
Date

**/s/ Eric A. Liepins**
**Eric A. Liepins**
Signature of Attorney or Litigant
Counsel for **AMO TX1, LLC**
**Eric A. Liepins**
**12770 Coit Road**
**Suite 850**
**Dallas, TX 75251**
**972-991-5591 Fax:972-991-5788**
**eric@ealpc.com**